**Order entered July 9, 2018**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00207-CV

**JACQUELINE LOVELACE, Appellant**

**V.**

**DALLAS INDEPENDENT SCHOOL DISTRICT, Appellee**

**On Appeal from the 298th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-15-05007**

## ORDER

Before the Court is appellant's unopposed motion to extend time to file reply brief. We

**GRANT** the motion and **ORDER** the brief be filed no later than August 6, 2018.

/s/     DAVID EVANS
JUSTICE